DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ADARON GROUP, INC. v. INDUSTRIAL INNOVATORS, INC.

No. 396P88.

Case below: 90 N.C. App. 758.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

## BLACK-DEK ENTERPRISES v. APPLE COMPUTER

No. 327P88.

Case below: 90 N.C. App. 411.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

## BROWN v. LUMBERMENS MUT. CASUALTY CO.

No. 337P88.

Case below: 90 N.C. App. 464.

Petitions by plaintiffs and by defendant (General Motors Corp.) for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

## BROWN v. LUMBERMENS MUT. CASUALTY CO.

No. 337PA88.

Case below: 90 N.C. App. 464.

Petition by defendant (Lumbermens Mutual Casualty) for discretionary review pursuant to G.S. 7A-31 allowed 6 October 1988, review limited to the single question presented in the petition.

## CHESNUTT v. PRIVATE INVESTMENT CORP.

No. 320P88.

Case below: 90 N.C. App. 411.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.